IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL GILL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CUMBERLAND EXCAVATION, LLC, BRYAN KRABOUSANOS, and FRANK BELCHER,<br><br>Defendants. | Civil No.: 3:18-cv-1302<br><br>Judge Richardson<br>Magistrate Judge Brown |

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

Plaintiff Michael Gill, individually, and on behalf of the Opt-In Plaintiffs and putative class members (collectively "Plaintiffs"), and Defendants Cumberland Excavation, LLC, Bryan Krabousanos, and Frank Belcher (collectively "Defendants"), jointly move the Court to approve the settlement in the above-captioned case (Plaintiffs and Defendants are collectively referred to herein as the "Parties').

On November 20, 2018, Plaintiff, Michael Gill filed this collective action on behalf of himself and all others similarly situated (laborers, construction workers and equipment operators) who worked for Defendants from November 20, 2015 through present ("Recovery Period") who were allegedly misclassified as independent contractors. Shortly after filing suit the parties began discussing an early resolution and exchanged employment data to facilitate that discussion. The Parties were able to reach a settlement during a mediation with Mediator Michael Russell on June 5, 2019 and now seek approval of that settlement by this Court.

The Parties respectfully request that the Court approve their proposed settlement of this Fair Labor Standards Act ("FLSA") collective action seeking half-time pay for all hours worked over 40 in a work week, and damages pursuant to 26 U.S.C. §7434 as a result of Defendants allegedly filing with the IRS, fraudulent informational returns (or 1099s) classifying Plaintiffs as independent contractors rather than employees. As detailed in the Memorandum of Law filed contemporaneously herewith, the Declarations and Settlement Agreement attached thereto, the Court should grant the Parties' Joint Motion because the settlement is a fair, adequate, and a reasonable resolution of the Parties' bona fide disputes as to liability and alleged damages under the FLSA and 26 U.S.C. §7434. Accordingly, the Parties jointly and respectfully request that this Court approve the terms of the Parties' Settlement Agreement; approve the Notice Form and Consent Form to be sent to the putative class members and to approve the distribution of the settlement amounts as described in the Settlement Agreement.

Finally, the Parties jointly request that this action be administratively closed until such time that the Parties file a joint notice of full and final payment of the settlement amount, at which time the Parties will request that the Court dismiss this action with prejudice.

In support of this Motion, Plaintiffs rely upon the following attached exhibits:

1. Declaration of Peter F. Klett, with the attached exhibits:

    A. Settlement Agreement,

    B. Notice Form, and,

    C. Consent Form;

2. Declaration of Michael Gill; and,

3. [Proposed] Agreed Order Approving FLSA Settlement.

Plaintiffs also rely upon their contemporaneously filed Memorandum of Law.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

1. Approve the terms of the Parties' Settlement Agreement; approve the Notice Form and Consent Form and approve the distribution of the settlement amount to Plaintiffs who choose to Opt-in and Class Counsel as described in the Settlement Agreement; and,

2. Administratively close this action until the Parties file a joint notice of full and final payment of the settlement amount, at which time the Parties will request that the Court dismiss this action with prejudice.

Dated: June 14, 2019

Respectfully submitted,

By: /s/ Autumn L. Gentry
Autumn L. Gentry, #20766
Peter F. Klett, #12688
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, TN 37219-2392
Tel.: 615.244.6538
agentry@dickinsonwright.com
pklett@dickinsonwright.com

Trevor Howell, # 9496
HOWELL LAW, PLLC
P.O. Box 158511
Nashville, TN 37205
Tel.: 615.406.1416
Trevor@howelllawfirmllc.com

*Attorneys for Plaintiff and Opt-in Plaintiffs*

[Signatures Continued on Following Page]

/s/ Andrew S. Naylor
Andrew S. Naylor, #17128
Waller, Lansden, Dortch & Davis, LLP
Nashville City Center
511 Union Street
Suite 2700
Nashville, TN 37219
Tel.: 615.244.6380
Fax: 615.244.6804
andy.naylor@wallerlaw.com

Jeffrey L. Reed, #17128
Hudson, Reed & McCreary, PLLC
16 Public Square North
PO Box 884
Murfreesboro, TN 37133
Tel: 615.893-5532
jreed@mborolaw.com
*Attorneys for Defendants*

4

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2019, a true and exact copy of the foregoing has been served on the following via the Court's ECF System.

Jeffrey L. Reed
Hudson, Reed & McCreary, PLLC
16 Public Square North
PO Box 884
Murfreesboro, TN 37133
jreed@mborolaw.com

Andrew S. Naylor
Waller, Lansden, Dortch & Davis, LLP
Nashville City Center
511 Union Street
Suite 2700
Nashville, TN 37219
andy.naylor@wallerlaw.com

/s/ Autumn L. Gentry
Autumn L. Gentry

NASHVILLE 85768-1 692671v2

5

Case 3:18-cv-01302   Document 36   Filed 06/14/19   Page 5 of 5 PageID #: 171